ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **ELECTRIC ENERGY, INC.,** *et al.*,   )<br>)<br>**Petitioners,**   )<br>)<br>v.   )<br>)<br>**UNITED STATES ENVIRONMENTAL**   )<br>**PROTECTION AGENCY,** *et al.*,   )<br>)<br>)<br>**Respondents.**   ) | Case No. 23-1035<br>(consolidated with<br>Case Nos. 23-1036,<br>23-1037, 23-1038) |

### PETITIONERS' JOINT NONBINDING STATEMENT OF ISSUES

Petitioners Electric Energy, Inc., Luminant Generation Company LLC, Coleto Creek Power, LLC, Miami Fort Power Company LLC, Zimmer Power Company LLC, Dynegy Midwest Generation, LLC, Illinois Power Generating Company, Illinois Power Resources Generating, LLC, and Kincaid Generation, L.L.C. in Case No. 23-1035, petitioner Utility Solid Waste Activities Group in Case No. 23-1036, and petitioners Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Public Service Company of Oklahoma, Southwestern Electric Power Company, and Wheeling Power Company in Case No. 23-1037 (collectively "Petitioners") respectfully submit this nonbinding statement of issues to be raised in this case, which involves regulations and requirements issued by the

U.S. Environmental Protection Agency (EPA) under the Resource Conservation and Recovery Act (RCRA) concerning the disposal of coal combustion residuals (CCR).

Among other things, the regulations and requirements purport to prohibit the closure in place of surface impoundments or landfills with CCR in contact with groundwater. Petitioners intend to raise at least the following issues in this case:

1. Whether this Court has jurisdiction to review the waste-below-the-water-table prohibition as stated in the Final Gavin Denial, or if instead that prohibition should be reviewed in Case No. 22-1056.

2. Whether EPA's adoption of the waste-below-the-water-table prohibition as a legislative rule failed to comply with statutory procedural prerequisites, including that CCR criteria must be promulgated through notice-and-comment rulemaking.

3. Whether the new prohibition and related requirements are contrary to law or arbitrary and capricious.

Petitioners may raise issues in addition to those described above.

| | |
|---|---|
| Dated: September 14, 2023 | Respectfully submitted, |
| | s/ P. Stephen Gidiere III |
| Helgi C. Walker | P. Stephen Gidiere III |
| David Fotouhi | Julia B. Barber |
| Matt Gregory | BALCH & BINGHAM LLP |
| GIBSON, DUNN & CRUTCHER LLP | 1901 6th Ave. N., Ste. 1500 |
| 1050 Connecticut Ave., N.W. | Birmingham, Alabama 35203 |
| Washington, D.C. 20036 | 205-251-8100 |
| | sgidiere@balch.com |
| Michael L. Raiff | |
| GIBSON, DUNN & CRUTCHER LLP | Stephanie Zapata Moore |
| 2001 Ross Ave., Ste. 2100 | Executive Vice President & General Counsel |
| Dallas, Texas 75201 | Daniel J. Kelly |
| | Senior Vice President & Deputy General Counsel |
| | David W. Mitchell |
| | Senior Counsel, Environmental |
| | VISTRA CORP. |
| | 6555 Sierra Drive |
| | Irving, Texas 75039 |

*Counsel for Petitioners Electric Energy, Inc., Luminant Generation Company LLC, Coleto Creek Power, LLC, Miami Fort Power Company LLC, Zimmer Power Company LLC, Dynegy Midwest Generation, LLC, Illinois Power Generating Company, Illinois Power Resources Generating, LLC, and Kincaid Generation, L.L.C.*

s/ Douglas Green
Douglas Green
Margaret K. Fawal
VENABLE LLP
600 Massachusetts Ave, NW
Washington, DC 20001
(202) 344-4483
dhgreen@venable.com
mkfawal@venable.com

*Counsel for Petitioner Utility Solid Waste Activities Group*


s/ Ann H. MacDonald
Joshua R. More
Ann H. MacDonald
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
joshua.more@afslaw.com
ann.macdonald@afslaw.com

*Counsel for Petitioners Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Public Service Company of Oklahoma, Southwestern Electric Power Company, and Wheeling Power Company*

4

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of September, 2023, a copy of the foregoing Statement of Issues was served electronically through the Court's CM/ECF system on all registered counsel.

Dated: September 14, 2023

s/ P. Stephen Gidiere III
P. Stephen Gidiere III
