ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GAVIN POWER, LLC, <br>         *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br>         *Respondent*. | Case No. 23-1038 (Consolidated with Case Nos. 23-1035 (Lead), 23-1036, 23-1037) |

## NONBINDING STATEMENT OF ISSUES

Petitioner Gavin Power, LLC ("Gavin") hereby joins Petitioners' Joint Nonbinding Statement of Issues (Case No. 23-1035, Doc. No. 2016909) and submits this nonbinding statement of additional issues to be raised in this case:

1. Whether this Court lacks jurisdiction under 42 U.S.C. § 6976(a)(1) to review EPA's Gavin-specific compliance assessments in EPA's "Denial of Alternative Closure Deadline for General James M. Gavin Plant, Cheshire, Ohio."

Gavin may raise issues in addition to those described above.

Dated: September 14, 2023  Respectfully submitted,

<u>*/s/ Stacey L. VanBelleghem*</u>
Stacey L. VanBelleghem
Karl A. Karg
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: stacey.vanbelleghem@lw.com
       karl.karg@lw.com

*Counsel for Petitioner*
*Gavin Power, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using the CM/ECF system. All parties are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

Dated: September 14, 2023

                                              */s/ Stacey L. VanBelleghem*
                                              Stacey L. VanBelleghem